To who it may concern                                  4-11-23

I am writing you guys this letter and sending you guys copys of the Grievance that I been grievance on. They are denial me because I move out of the dorm. Well all the dorms I been in at Westville Correctional Facility 5501 south 1100 west Westville, Indiana 46391. I been to 6 different dorms. They all have mice + bugs every where getting into every thing and they don't spray for bugs or anything then the water be turning brown all the time, the water isn't safe to drink. They don't give us water bottoms or anything. Then there are fire hazard all over in every building I been to. There are floors all over in the bathrooms + Dayrooms in every building. There are saftey hazard with that and wire showing all over the places. There is mold every where + there are holes in the ceiling and windows are missing. They don't do anything about it, they even got the chow halls close on EC + GSC side cause of the mold, mice, bugs, even holes. I know there is more. Then they got only one kitchen open to make are food. They put are food on styerfoam trays then the pass them out. I know there will be mice poop on the cakes or they be eating the bread and so on. I been getting screwed on the grievance saying it doesn't matter I wrote down state to Indianapolis and Shannon Smith Grievance specialist said

I can't do that. The Grievance subject is Operations, Institution Safety, Sanitation, Environmental Conditions. The Grievance #144403 ∈ case ID. I been trying to do something about this for awhile now. this is not safe or health living condition. For me to be drinking this water + breathing in the air around here with mold and what ever they have in the duck work that the air be coming out of them vents. I know this is doing something bad to my body. This isn't good at all. I want to sue them for this and I want the maxium pay for this too. I want to do a Tort Claim on this matter. This is unhuman. They don't go by the policy that Ms. Stobaugh put together with the state & Federal law. They said that they mail copy of my grievances to Mr. Randolph at central office, Grievance Manager on March 31 2023. But I wrote them months ago. I am trying to get help here. Can you guys help me out on this.

David Nehmer
David Nehmer
IDOC #289089