UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID NEHMER, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-302-RLM-JPK |
| WESTVILLE CORRECTIONAL FACILITY, | |
| Defendant. | |

### ORDER

This case was opened after David Nehmer, a prisoner without a lawyer, sent in a letter with complaint about a pest infestation at the Westville Correctional Facility. ECF 1. He was told that to start a federal lawsuit, he needed to file a complaint, and directed him to file one on the court's approved prisoner complaint form. ECF 2. He was given until May 25, 2023, to file a complaint and was told that if he didn't respond by then, this case could be dismissed without further notice. The deadline has passed, and Mr. Nehmer didn't file a complaint.

For these reasons, this case is DISMISSED as inadvertently opened.

SO ORDERED on June 14, 2023

                                                s/ Robert L. Miller, Jr.
                                                JUDGE
                                                UNITED STATES DISTRICT COURT