AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Indiana

DAVID NEHMER
    Plaintiff

          v.                          Civil Action No. 3:23-cv-302

WESTVILLE CORRECTIONAL FACILITY
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____
recover from the defendant *(name)* _____
the amount of _____ dollars ($____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the
rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover   costs   from   the
plaintiff *(name)* _____ .

**X** Other:     This case is DISMISSED as inadvertently opened.     

This action was *(check one)*:

☐ tried to a jury with_____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by   Judge Robert L. Miller, Jr     

DATE:   6/14/2023                    CHANDA J. BERTA, CLERK OF COURT

                                     by     /s/ S. Kowalsky     
                                        *Signature of Clerk or Deputy Clerk*